UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
AT GREENVILLE

FANNIE LEE TILLMAN, SHIRLEY
RICHARDSON, MARGARET
LIVINGSTON, NANCY FRIDDLE and
DONNIE JOE FRIDDLE, on behalf of
themselves and all others similarly situated,
**Plaintiffs**

    v.                                        **JUDGMENT IN A CIVIL CASE**
                                                  **CASE NO. 5:08-CV-246-H**

COMMERCIAL CREDIT LOANS, INC.,
COMMERCIAL CREDIT CORPORATION,
CITIGROUP, INC., CITICORP, INC.,
CITIFINANCIAL, INC., and CITIFINANCIAL
SERVICES, INC.,
**Defendants**

\_\_\_\_\_ **Jury Verdict.** This action came before the curt for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_x\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

                IT IS ORDERED AND ADJUDGED the parties joint motion for remand is granted and this matter is remanded to the Vance County Superior Court in accordance with 28 U.S.C. § 1447(c).

SO ORDERED - /s/ Malcolm J. Howard, Senior United States District Judge

**This judgment filed and entered on March 31, 2009 and counsel served by Notice of Electronic Filing.**

| G. Christopher Olson | John Alan Jones | Clerk Superior Court |
| gco@m-j.com | Jaj@m-j.com | Deborah W. Finch |
| | | 101 Courthouse |
| H. Forest Horne, Jr | Jeffrey M. Young | 156 Church Street |
| hfh@m-j.com | Jeffyoung@mvalaw.com | Henderson, NC 27536 |

March 31, 2009                                                    /s/ Dennis P. Iavarone
Date                                                                  Clerk of Court